UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ONE FAIR WAGE, INC.,

        Plaintiff - Appellant,

 v.

DARDEN RESTAURANTS INC.,

        Defendant - Appellee.

No. 21-16691

D.C. No. 3:21-cv-02695-EMC
U.S. District Court for Northern California, San Francisco

**ORDER**

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Matthew Marcopulos
Deputy Clerk
Ninth Circuit Rule 27-7