UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
| --- |
| APR 03 2023 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ONE FAIR WAGE, INC.,

        Plaintiff - Appellant,

  v.

DARDEN RESTAURANTS INC.,

        Defendant - Appellee.

No. 21-16691

D.C. No. 3:21-cv-02695-EMC
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered March 10, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Bonnie J. Kates
Deputy Clerk
Ninth Circuit Rule 27-7